```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DILENIA PAGUADA, on behalf of herself and all others similarly situated,

                Plaintiffs,

-against-

UMBRA LLC

                Defendant.

Case No. 1:20-cv-06381-VEC

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Queens, New York
             December 29, 2020

Respectfully submitted,

By: /s/ Mars Khaimov
Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
marskhaimovlaw@gmail.com
*Attorneys for Plaintiff*

---

This case is hereby dismissed with prejudice.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

*[signature: Valerie Caproni]*

Date: December 30, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE